144

## BOSTIC v. SOUTHERN RY. CO.
### No. 12177.

United States Court of Appeals
Fifth Circuit.

Oct. 19, 1948.

William A. Thomas, of Atlanta, Ga., for appellant.

Edgar A. Neely, of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD, and WALLER, Circuit Judges.

PER CURIAM.

Brought and tried under the Federal Employers' Liability Act, 45 U.S.C.A. § 51 et seq., the suit resulted in a verdict and judgment for the defendant.

In addition to the grounds set out in the motion for new trial,[1] none of which present matters cognizable by us, appellant in his brief and argument complains (1) of questions asked, but not answered, seeking to elicit whether plaintiff had had a venereal disease, and (2) generally that the jury did not give due consideration to the case.

As to the questions asked, it is clear from the record that no error was committed. It is equally clear that the complaint that the verdict was not the result of due consideration presents nothing for our review.

No reversible error appearing, the judgment is affirmed.

---

[1] "(1) Because the verdict is contrary to evidence and without evidence to support it, and (2) Because the verdict is decidedly and strongly against the weight of the evidence, and (3) Because the verdict is contrary to law and the principles of justice and equity."